JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEWIS, | Case No. EDCV 07-84-PA (JCR) |
| Petitioner, | |
| v. | JUDGMENT |
| PEOPLE OF CALIFORNIA; GARY PENROD, | |
| Respondents. | |

Pursuant to the Court's Order Dismissing Action Without Prejudice for Failure to Prosecute and Failure to Comply with Court Orders, Petitioner's case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 10, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE