JS-5

"O"

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 1/18/12
Denise Vo
DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEWIS,<br><br>      Petitioner,<br><br>vs.<br><br>LARRY SCRIBNER, Warden,<br><br>      Respondent. | Case No. EDCV 07-0084-PA (RNB)<br><br>ORDER ACCEPTING IN PART FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all the records and files herein, including the assigned Magistrate Judge's September 28, 2011 Report and Recommendation, petitioner's objections thereto, the Magistrate Judge's October 25, 2011 Superseding Report and Recommendation, petitioner's "Motion for Temporary Stay and Abeyance and Equitable Tolling" filed in response thereto, petitioner's "Supplement to Petitioner's Stay-and-Abeyance Motion," the Magistrate Judge's December 15, 2011 Supplemental Report and Recommendation, and petitioner's objections thereto. Although petitioner did not file objections to the October 25, 2011 Superseding Report and Recommendation, he did file objections to the December 15, 2011 Supplemental Report and Recommendation, and the Court has made a de novo determination of those portions of the Supplemental Report and

1

Recommendation to which objections have been made.

In his Superseding Report and Recommendation, the Magistrate Judge found and concluded that petitioner's motion for relief from judgment should be granted in the interest of justice, pursuant to Rule 60(b)(6). Accordingly, the Magistrate Judge recommended the granting of petitioner's Rule 60(b) motion and the vacating of the judgment of dismissal that had been entered herein on April 15, 2008. The Court also recommended that petitioner be required to file an amended petition setting forth all the federal constitutional claims that he desired to pursue herein and that his motion to unseal be denied as premature and unnecessary.

Petitioner did not file objections to the Superseding Report and Recommendation. Instead, on November 15, 2011, he filed a document captioned "Motion for Temporary Stay and Abeyance and Equitable Tolling." In response to the Magistrate Judge's November 17, 2011 Minute Order, petitioner subsequently filed a "Supplement to Petitioner's Stay-and-Abeyance Motion" that appeared to set forth two additional claims that petitioner contemplated including in his amended federal habeas petition after he exhausted his state remedies.

For purposes of his Supplemental Report and Recommendation, which recommended the denial of petitioner's stay-and-abeyance motion, the Magistrate Judge accepted as true petitioner's representation that he had exhausted his state remedies with respect to the two claims alleged in his original Petition prior to the filing of this action. Accordingly, the Magistrate Judge's determination of petitioner's stay-and-abeyance motion was premised on the assumption that the motion was governed by the stay and abeyance procedure approved in Calderon v. United States Dist. Court (Taylor), 134 F.3d 981, 987-88 (9th Cir.), cert. denied, 525 U.S. 920 (1998) and Kelly v. Small, 315 F.3d 1063, 1070 (9th Cir. 2003), overruled on other grounds by Robbins v. Carey, 481 F.3d 1143, 1149 (9th Cir. 2007), known as the "Kelly procedure." For the reasons explained in his Supplemental Report and Recommendation, the Magistrate Judge found that there was no reason to stay this

action to enable petitioner to exhaust his state remedies with respect to the first part of the first of petitioner's two additional claims. The Magistrate Judge further found that both the second part of the first of petitioner's two additional claims and the second of petitioner's two additional claims were premised on facts that differed in both time and type from those underlying the two grounds for relief alleged in the original Petition. Because those claims thus did not relate back to the filing of petitioner's original Petition herein, the Magistrate Judge further found that those claims already were time barred. Thus, there was no reason to stay this action to enable petitioner to exhaust his state remedies with respect to those claims.

In his objections to the Supplemental Report and Recommendation, petitioner has restated and embellished on the additional claims that petitioner contemplates including in his amended federal habeas petition after he exhausts his state remedies. While it appears to the Court that some of petitioner's additional claims would not relate back to the filing of the original Petition herein (e.g., petitioner's prosecutorial misconduct claim relating to the empanelment of the jury and petitioner's insufficiency of the evidence claim), it further appears to the Court that some of petitioner's additional claims at least arguably do relate back (e.g., his ineffective assistance of counsel claims relating to the time waivers). However, the Court has concluded that petitioner's stay-and-abeyance motion is not yet ripe for adjudication, and will not be ripe for adjudication until such time as (a) respondent has appeared in the action and been afforded the opportunity to be heard on the issue of whether the two claims alleged in petitioner's original Petition indeed were exhausted prior to the filing of this action, as well as in opposition to the stay-and-abeyance request, and (b) petitioner has been afforded the opportunity to be heard in reply to respondent's opposition (if any).

Accordingly, it is hereby ORDERED as follows:

1. The Court concurs with and accepts the Magistrate Judge's findings and recommendation with respect to petitioner's motion for relief from judgment. The

motion for relief from judgment therefore is GRANTED, and the Judgment entered herein on April 15, 2008 is hereby VACATED.

      2.     The Court declines to accept the Magistrate Judge's findings and recommendation with respect to petitioner's stay-and-abeyance motion. Instead, the matter is referred back to the Magistrate Judge for further proceedings consistent with the Court's conclusion stated above.

DATED: January 13, 2012

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE