JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ IT (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6·14·12

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JUN 12 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 14 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEWIS,<br><br>    Petitioner,<br><br>vs.<br><br>LARRY SCRIBNER, Warden,<br><br>    Respondent. | Case No. EDCV 07-0084-PA (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice for failure to exhaust state remedies.

DATED: June 12, 2012

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE